UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LEE TACKETT,<br><br>Plaintiff,<br><br>v.<br><br>RIVER CITY DRUG REHAB, et al.,<br><br>Defendants. | No. 2:25-cv-00940-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 4) |

Plaintiff Brian Lee Tackett is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 31, 2025, the assigned magistrate judge ordered plaintiff to submit either an affidavit in support of his request to proceed *in forma pauperis* or the requisite filing fee. (Doc. No. 3 at 2.) Plaintiff has not since filed the requisite documents and has not paid the requisite filing fee. Accordingly, on May 5, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute. (Doc. No. 4.) The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, plaintiff has not filed any objections to the pending findings and recommendations and the time in which to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 5, 2025 (Doc. No. 4) are ADOPTED in full;

2. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 15, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2